IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| EAGLE PIPE, LLC,[1] | § | |
| | § | Case No. 20-34879 (MI) |
| Debtor. | § | |

**DEBTOR'S NOTICE OF AGENDA FOR FIRST DAY HEARINGS**

Eagle Pipe, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") hereby files its agenda for the following matters set for hearing on Wednesday, October 7, 2020 at 3:00 p.m. (prevailing Central Time) in front of the Honorable Marvin Isgur at 515 Rusk St., Courtroom 404, Houston, TX 77002.

**A.    Evidentiary Support for First Day Pleadings**

1. **First Day Declaration**. *Declaration of Jared Light in Support of Eagle Pipe, LLC's Chapter 11 Petition and First Day Relief* [Docket No. 17].

    **Status**: This Declaration will be relied upon as evidentiary support for the first day matters listed below.

**B.    First Day Pleadings**

1. **Complex Case Designation**. *Notice of Designation as Complex Chapter 11 Bankruptcy Case* [Docket No. 5].

    Response Received:   None

    Related Documents:   *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 8]

    **Status**: This matter is going forward.

2. **Schedules Extension Motion**. *Debtor's Emergency Motion for Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs* [Docket No. 6].

    Response Received:   None

---

[1] The last four digits of Debtor's federal tax identification number are (1119).

   <u>Status</u>: This matter is going forward.

3. ***Premium Finance Motion***. *Debtor's Emergency Motion for Authority to Perform under an Insurance Premium Finance Agreement* [Docket No. 9].

   <u>Response Received</u>:   None.

   <u>Status</u>: This matter is going forward.

4. ***Taxes Motion***. *Debtor's Emergency Motion Authorizing the Payment of Certain Prepetition Taxes and Fees and Granting Related Relief* [Docket No. 10].

   <u>Response Received</u>:   None.

   <u>Status</u>: This matter is going forward.

5. ***Wages Motion***. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefit Programs, and (Ii) Directing Financial Institutions to Receive, Process, Honor, and Pay all Checks Presented for Payment and to Honors All Fund Transfer Requests Related Thereto* [Docket No. 13].

   <u>Response Received</u>:   None.

   <u>Status</u>: This matter is going forward.

6. ***Cash Management Motion***. *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Continue to Operate its Cash Management System and Maintain Existing Bank Accounts, and (II) Granting Related Relief* [Docket No. 14].

   <u>Response Received</u>:   None.

   <u>Status</u>: This matter is going forward.

7. ***Critical Vendors Motion***. *Debtor's Emergency Motion for Authority to Pay or Honor Prepetition Obligations to Certain Critical Vendors* [Docket No. 15].

   <u>Response Received</u>:   None.

   <u>Status</u>: This matter is going forward.

8. ***Cash Collateral Motion***. *Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 16].

   <u>Response Received</u>:   *Reservation of Rights and Limited Objection of U.S. Bank National Association, to Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 18].

   <u>Status</u>: This matter is going forward.

Respectfully submitted this 6th day of October, 2020.

**GRAY REED**

By: */s/ Paul D. Moak*
  Paul D. Moak
  Texas Bar No. 00794316
  Aaron M. Kaufman
  Texas Bar No. 24060067
  Lydia R. Webb
  Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email:  pmoak@grayreed.com
    akaufman@grayreed.com
    lwebb@grayreed.com

**PROPOSED COUNSEL TO THE DEBTOR**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on October 6, 2020 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

        */s/ Paul D. Moak*
        Paul D. Moak

4826-5971-8093.1