IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  20-34879 |
| EAGLE PIPE, LLC, | § | |
| *Debtor*. | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

COMES NOW, Jay H. Dushkin, The Dushkin Law Firm and files this its Notice of Appearance and Request for Notices as counsel for United Casing, Inc., ("Movant"), a creditor and party-in-interest in the above-styled case and pursuant to applicable law and Bankruptcy Rule 9010, respectfully requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the office, postal address and telephone number listed below as follows:

Jay H. Dushkin
The Dushkin Law Firm
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 961-3600 (Phone)
(713) 626-0182 (Fax)
jay@jaydushkin.com

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Movant additionally requests that the Debtor and Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above numbered case.

Respectfully submitted,

Jay H. Dushkin
State Bar No. 06288700
The Dushkin Law Firm
4615 Southwest Freeway, Suite 600
Houston, TX 77027
Tel:  (713) 961-3600
Fax:  (713) 626-0182
Email:  jay@jaydushkin.com
**ATTORNEY FOR UNITED CASING, INC.**

Page 1

F:\United Casing, Inc\Eagle Pipe\PLEA\Notice of Appearance.doc

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on October 7 , 2020.

_____
JAY H. DUSHKIN

F:\United Casing, Inc\Eagle Pipe\PLEA\Notice of Appearance.doc