IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| EAGLE PIPE, LLC,[1] | § | |
| | § | Case No. 20-34879 (MI) |
| Debtor. | § | |
| | § | |

## NOTICE OF RESET HEARINGS

**PLEASE TAKE NOTICE** that the hearings on the following matters originally set for **Thursday, October 22, 2020, at 3:30 p.m. (Central Time)** have been reset for **Friday, October 30, 2020, at 3:30 p.m. (Central Time)** before the Honorable Marvin Isgur in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, at 515 Rusk Street, Courtroom 404, Houston, Texas 77002:

- *Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing; and (Iv) Granting Related Relief* [Docket No. 16] (the "Cash Collateral Motion") **[Final Hearing]**;

- *Debtor's Emergency Motion for Authority to Pay or Honor Prepetition Obligations to Certain Critical Vendors* [Docket No. 15] (the "Critical Vendor Motion") **[Final Hearing]**; and

- *Debtor's Motion for (I) An Order (A) Approving Bidding Procedures and Certain Bid Protections, (B) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Form and Manner of Notice Thereof; and (C) Approving Cure Procedures and the Form and Manner of Notice Thereof; and (II) an Order Approving the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims and Interests* [Docket No. 55] (the "Bidding Procedures Motion") **[Bidding Procedures Only]**.

---

[1]   The last four digits of Debtor's federal tax identification number are (1119).

4815-0115-3743.1

Respectfully submitted this 20th day of October, 2020.

**GRAY REED**

By: */s/ Paul D. Moak*
    Paul D. Moak
    Texas Bar No. 00794316
    Aaron M. Kaufman
    Texas Bar No. 24060067
    Lydia R. Webb
    Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:  pmoak@grayreed.com
    akaufman@grayreed.com
    lwebb@grayreed.com

**PROPOSED COUNSEL TO THE DEBTOR**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on October 20, 2020 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

    */s/ Paul D. Moak*
    Paul D. Moak

4815-0115-3743.1