UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-34879 |
|---|---|---|---|
| Debtor | In Re: | Eagle Pipe, LLC | |

This lawyer, who is admitted to the State Bar of  New York :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Angela J. Somers<br>Reid Collins & Tsai LLP<br>810 Seventh Avenue, Suite 410<br>New York, New York 10019<br>212-344-5200<br>New York  #2130839 |
|---|---|

Seeks to appear as the attorney for this party:

| Boomerang Tube, LLC | |
|---|---|
| Dated: 10/20/2020 | Signed: /s/ Angela J. Somers |

| COURT USE ONLY: The applicant's state bar reports their status as:  Currently Registered . |
|---|
| Dated: 10/20/2020 | Signed: s| M. Mapps<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____  _____
United States Bankruptcy Judge