IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-34879 |
| | § | |
| Eagle Pipe, LLC, *et al* [1] | § | Chapter 11 (MI) |
| | § | |
| Debtors | § | Jointly Administered |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| Beemac, Inc.<br>2747 Legionville Rd<br>Ambridge, PA 15003 | Loren Dworakowski<br>724-777-0767<br>LDworakowski@Beemac.com |
| Secor<br>17321 Groeschke Road<br>Houston, TX 77084 | Kelley Sandlin<br>281-647-7620<br>k.sandlin@secoronline.com |
| Houston International Specialty, Inc<br>19996 Hickory Twig Way<br>Spring TX 77388 | Matt Rizzo<br>281-570-7550<br>matt@histcpc.com |
| United Casing Incorporated<br>8505 Technology Forest Place, Suite 401<br>The Woodlands, TX 77381 | Tor Vatne<br>936-242-1187<br>tvatne@unitedcasing.com |
| Husteel USA, Inc.<br>2222 Greenhouse Road<br>Houston, TX 77084 | David Piland<br>281-497-6791<br>david@husteelusa.com |

---

[1] The last four digits of Debtor's federal tax identification number are (1119).

Dated: October 22, 2020

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE

By: */s/Stephen D. Statham*
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500/Fed. ID No. 9191
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 232
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on October 22, 2020.

/s/ Stephen D. Statham
Stephen D. Statham
Trial Attorney