IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| In re | ) Chapter 11 |
| EAGLE PIPE, LLC, | ) Case No. 20-34879 (MI) |
| Debtor. | ) |

## INDEX OF EXHIBITS

| **Exhibit A** | Master Goods and Services Agreement between XTO Energy Inc. *et al.* and Boomerang Tube, LLC |
|---|---|
| **Exhibit B** | Pricing, Payments and Manufacturing Schedule between XTO Energy Inc., Eagle Pipe, LLC, and Boomerang Tube, LLC |
| **Exhibit C** | Cancellation of Sale Agreement |
| **Exhibit D** | Bailee Agreement between Boomerang Tube, LLC, Beemac, Inc. and Boomerang's Lender |
| **Exhibit E** | July 8, 2020 Email from V. Flores (Beemac, Inc.) to J. Secrest (Eagle Pipe, LLC) and Attachment(s) |
| **Exhibit F** | Temporary Restraining Order *Boomerang Tube, LLC v. Eagle Pipe, LLC*, [Cause No. 2020-62174] (Harris County Dist. Ct., Oct. 2, 2020) |
| **Exhibit G** | Sample Eagle Pipe, LLC Purchase Order |
| **Exhibit H** | Eagle Pipe, LLC's Terms and Conditions |
| **Exhibit I** | Aug. 18, 2020 Letter from J. Light (Eagle Pipe, LLC) to R. Ritchie (U.S. Bank) |
| **Exhibit J** | July 7, 2020 Emails between H. Martinez (Beemac, Inc.) and J. Secrest (Eagle Pipe, LLC) |
| **Exhibit K** | Plaintiff's Original Petition, Verified Application for Temporary Restraining Order and Injunction, and Request for Disclosure, *Boomerang Tube, LLC v. Eagle Pipe, LLC*, [Cause No. 2020-62174] (Harris County Dist. Ct., Oct. 1, 2020) |
| **Exhibit L** | Oct. 1, 2020 Letter from A. Stredde (U.S. Bank) to Boomerang Tube, LLC |
| **Exhibit M** | Aug. 21, 2020 Email from A. Stredde (U.S. Bank) to J. Light (Eagle Pipe, LLC) |