**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| EAGLE PIPE, LLC, | ) | Case No. 20-34879 (MI) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |

**BOOMERANG TUBE, LLC'S EXHIBIT LIST
FOR THE HEARING ON OCTOBER 30, 2020**

Boomerang Tube, LLC ("Boomerang") hereby designates the following exhibits for use in connection with the hearing scheduled for October 30, 2020 at 3:30 p.m. before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 515 Rusk Street, Houston, Texas 77002 (the "Hearing").

## EXHIBITS

Boomerang may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Master Goods and Services Agreement between XTO Energy Inc. *et al.* and Boomerang Tube, LLC |  |  |  |  |
| B | Pricing, Payments and Manufacturing Schedule between XTO Energy Inc., Eagle Pipe, LLC, and Boomerang Tube, LLC |  |  |  |  |
| C | Cancellation of Sales Agreement |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| D | Bailee Agreement between Boomerang Tube, LLC, Beemac, Inc., and Boomerang's Lender | | | | |
| E | July 8, 2020 Email from V. Flores (Beemac, Inc.) to J. Secrest (Eagle Pipe, LLC) and Attachment(s) | | | | |
| F | Temporary Restraining Order, *Boomerang Tube, LLC v. Eagle Pipe, LLC*, [Cause No. 2020-62174] (Harris County Dist. Ct., Oct. 2, 2020) | | | | |
| G | Sample Eagle Pipe, LLC Purchase Order | | | | |
| H | Eagle Pipe, LLC's Terms and Conditions | | | | |
| I | Aug. 18, 2020 Letter from J. Light (Eagle Pipe, LLC) to R. Ritchie (U.S. Bank) | | | | |
| J | July 7, 2020 Emails between H. Martinez (Beemac, Inc.) and J. Secrest (Eagle Pipe, LLC) | | | | |
| K | Plaintiff's Original Petition, Verified Application for Temporary Restraining Order and Injunction, and Request for Disclosure, *Boomerang Tube, LLC v. Eagle Pipe, LLC*, [Cause No. 2020-62174] (Harris County Dist. Ct., Oct. 1, 2020) | | | | |
| L | Oct. 1, 2020 Letter from A. Stredde (U.S. Bank) to Boomerang Tube, LLC | | | | |
| M | Aug. 21, 2020 Email from A. Stredde (U.S. Bank) to J. Light (Eagle Pipe, LLC) | | | | |

Additionally, Boomerang may offer into evidence any one or more of the following exhibits at the Hearing:

1.    Any exhibits designated by the Debtors or any other party;

2.    Any pleadings, motions, orders, or other documents filed in this case;

3.      Any exhibits necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

Boomerang reserves the right, to the extent allowed under applicable rules, to supplement or amend this exhibit list at any time prior to the Hearing.

Dated: October 29, 2020                    Respectfully submitted,

                                           /s/ Eric D. Madden
                                           Eric D. Madden (State Bar No. 24013079)
                                           J. Benjamin King (State Bar No. 24046217)
                                           D. Benjamin Thomas (State Bar No. 24099991)
                                           REID COLLINS & TSAI LLP
                                           1601 Elm Street, Suite 4200
                                           Dallas, Texas 75201
                                           T: (214) 420-8900
                                           F: (214) 420-8909
                                           emadden@reidcollins.com
                                           bking@reidcollins.com
                                           bthomas@reidcollins.com

                                           Angela J. Somers (admitted *pro hoc vice*)
                                           REID COLLINS & TSAI LLP
                                           810 Seventh Avenue, Suite 410
                                           New York, New York 10019
                                           T: (212) 344-5200
                                           F: (212) 344-5299
                                           asomers@reidcollins.com

                                           COUNSEL FOR BOOMERANG TUBE, LLC

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 29, 2020, a true and correct copy of the above Exhibit List was served via the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service.

*/s/ Eric D. Madden*
Eric D. Madden