# EXHIBIT E

**From:** Vanessa Flores <vflores@beemac.com>
**Sent:** Wednesday, July 8, 2020 10:59 AM
**To:** Jamie Secrest
**Cc:** Hector Martinez
**Subject:** RE: Material Transfer Request - Eagle Pipe to Boomerang Tube
**Attachments:** inv104_master_202078.pdf


Pleas see attached material transfer. Below is the listed po's we do not have in the yard.

11217-all material shipped out on 3-11-20

7658-all material shipped out on  8-24-19

5711 and 12950- we show no signs of ever receiving nor shipping.

---

**From:** Jamie Secrest <jsecrest@eaglepipe.net>
**Sent:** Wednesday, July 8, 2020 9:01 AM
**To:** Hector Martinez <hmartinez@beemac.com>; Manual Moya <mmoya@beemac.com>; Larry Toomey <larry.toomey@boomerangtube.com>
**Cc:** Vanessa Flores <vflores@beemac.com>; Rich Casoli <rcasoli@beemac.com>; Jared Light <jlight@eaglepipe.net>; Ken Beaver <kbeaver@eaglepipe.net>; Nelly Lopez <nlopez@eaglepipe.net>
**Subject:** RE: Material Transfer Request - Eagle Pipe to Boomerang Tube

Hi Beemac,
Do you have the material transfer paperwork complete you can send?

**Jamie Secrest**
Manager of Inventory and Operations
Eagle Pipe LLC
Office: 713-464-PIPE (7473)
Cell: 281-709-7946

9525 Katy Freeway Suite 306
Houston, TX 77024



---

**From:** Hector Martinez <hmartinez@beemac.com>
**Sent:** Tuesday, July 7, 2020 12:30 PM
**To:** Jamie Secrest <jsecrest@eaglepipe.net>; Manual Moya <mmoya@beemac.com>; Larry Toomey <larry.toomey@boomerangtube.com>
**Cc:** Vanessa Flores <vflores@beemac.com>; Rich Casoli <rcasoli@beemac.com>; Jared Light <jlight@eaglepipe.net>; Ken

BOOMERANG_10/30/20 HRG. EX._000043

Beaver <kbeaver@eaglepipe.net>; Nelly Lopez <nlopez@eaglepipe.net>
**Subject:** Re: Material Transfer Request - Eagle Pipe to Boomerang Tube

Received and Understood, Will get this Transferred right now.

Thank you

---

**From:** Jamie Secrest <jsecrest@eaglepipe.net>
**Sent:** Tuesday, July 7, 2020 12:28 PM
**To:** Hector Martinez <hmartinez@beemac.com>; Manual Moya <mmoya@beemac.com>; Larry Toomey <larry.toomey@boomerangtube.com>
**Cc:** Vanessa Flores <vflores@beemac.com>; Rich Casoli <rcasoli@beemac.com>; Jared Light <jlight@eaglepipe.net>; Ken Beaver <kbeaver@eaglepipe.net>; Nelly Lopez <nlopez@eaglepipe.net>
**Subject:** Material Transfer Request - Eagle Pipe to Boomerang Tube

Hi Beemac team,
As discussed, we need the following transferred from Eagle Pipe's stock to Boomerang Tube. I know Hector is performing a physical count and should be complete by tomorrow, but we need this today. If we can transfer the below today, then we can reconcile after the physical is complete at which time you can validate the transfer in TDS. It is only the items below at this time. Boomerang will need to get set up with Beemac for storage/handling going forward. However, in the interim, Beemac can continue to bill Eagle for any transactions until Boomerang and Beemac have an agreement in place. I am working on the Material IDs also, but might need to wait until Hector has his count updated in TDS for some of them.

Hi Larry,
Please send your approval.

| FOOTAGE | PO | YARD | SIZE | WEIGHT | GRADE | THR |
|---------|-----|------|------|--------|-------|-----|
| 63,031 | PO-11877/PO-11209 | Beemac | 9 5/8 | 40.00 | HCL80 | BT |
| 100,884 | PO-12948/PO-11875 | Beemac | 9 5/8 | 40.00 | J55 | BT |
| 84,425 | PO-12949/PO-11217/PO-9409/PO-7658/PO-5711 | Beemac | 5 1/2 | 20.00 | CYP110 | TCB |
| 353 | PO-12950 Returns | Beemac | 5 1/2 | 20.00 | CYP110 | TCB |

If there are ay questions, please let me know.

**Jamie Secrest**
Manager of Inventory and Operations
Eagle Pipe LLC
Office: 713-464-PIPE (7473)
Cell: 281-709-7946

9525 Katy Freeway Suite 306
Houston, TX 77024



BOOMERANG_10/30/20 HRG. EX._000044

**This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments**

**This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments**

BOOMERANG_10/30/20 HRG. EX._000045



# Material Transfer List

Expand All          Collapse All

From Date : 07/07/2020  @  12:00 AM          To Date : 07/08/2020  @  12:00 AM

Printed On: 07/08/2020  @  09:54 AM

| | | From | To | | | |
|---|---|---|---|---|---|---|
| TransID | MaterialID | Owner/EndUser/Supplier | Material Description | Added By | Quantity | Length |
| CASING - NEW,  5 1/2",  20.00#,  CY P110/CPLG CY ,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | | | | | 881 | 38,932.87 |
| 469 | PO-12949 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  5 1/2",  20.00#,  CY P110/CPLG CY ,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | hmartinez on 07/07/2020 | 100 | 4,416.03 |
| 470 | PO-12949 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  5 1/2",  20.00#,  CY P110/CPLG CY ,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | hmartinez on 07/07/2020 | 248 | 10,951.74 |
| 472 | PO-12949 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  5 1/2",  20.00#,  CY P110/CPLG CY ,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | hmartinez on 07/07/2020 | 533 | 23,565.10 |
| CASING - NEW,  5 1/2",  20.00#,  P-110 CY,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | | | | | 817 | 36,578.30 |
| 466 | PO-12949 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  5 1/2",  20.00#,  P-110 CY,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW, NEW,  BARE, | hmartinez on 07/07/2020 | 211 | 9,753.23 |
| 467 | PO-12949 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  5 1/2",  20.00#,  P-110 CY,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW, NEW,  BARE, | hmartinez on 07/07/2020 | 393 | 17,396.46 |
| 468 | PO-12949 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  5 1/2",  20.00#,  P-110 CY,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW, NEW,  BARE, | hmartinez on 07/07/2020 | 213 | 9,428.61 |
| CASING - NEW,  5 1/2",  20.00#,  P-110 CY,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW,  TO BE WORKED,  BARE, | | | | | 2 | 87.28 |
| 481 | PO-9409 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  5 1/2",  20.00#,  P-110 CY,  TCBC-HT,  BOX BY PIN,  III,  BOOMERANG,  ERW, TO BE WORKED,  BARE, | hmartinez on 07/07/2020 | 2 | 87.28 |
| CASING - NEW,  9 5/8",  40.00#,  HCL-80,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | | | | | 1,369 | 60,464.26 |
| 461 | PO-11877 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  HCL-80,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW, NEW,  BARE, | vflores on 07/07/2020 | 103 | 4,534.06 |
| 462 | PO-11877 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  HCL-80,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW, NEW,  BARE, | vflores on 07/07/2020 | 372 | 16,349.22 |
| 463 | PO-11877 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  HCL-80,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW, NEW,  BARE, | vflores on 07/07/2020 | 270 | 11,864.52 |
| 464 | PO-11877 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  HCL-80,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW, NEW,  BARE, | vflores on 07/07/2020 | 271 | 11,908.46 |
| 465 | PO-11877 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  HCL-80,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW, NEW,  BARE, | vflores on 07/07/2020 | 256 | 10,995.47 |

BOOMERANG_10/30/20 HRG. EX._000046



# Material Transfer List

Expand All          Collapse All

From Date : 07/07/2020  @  12:00 AM          To Date : 07/08/2020  @  12:00 AM

Printed On:  07/08/2020  @  09:54 AM

| TransID | MaterialID | From Owner/EndUser/Supplier | To Material Description | Added By | Quantity | Length |
|---|---|---|---|---|---|---|
| 471 | PO-11209 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  HCL-80,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 97 | 4,812.53 |
| CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | | | | | 2,259 | 100,085.39 |
| 473 | PO-11875 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 270 | 11,974.67 |
| 474 | PO-11875 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 253 | 11,197.41 |
| 475 | PO-11875 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 133 | 5,862.36 |
| 476 | PO-12948 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 375 | 15,859.35 |
| 477 | PO-12948 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 408 | 18,573.59 |
| 478 | PO-12948 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 262 | 11,927.16 |
| 479 | 12948 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 269 | 11,860.95 |
| 480 | 12948 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 236 | 10,477.01 |
| 482 | 12948 | EAGLE PIPE LLC / EAGLE PIPE LLC / EAGLE PIPE LLC TO BOOMERANG TUBE / BOOMERANG TUBE / BOOMERANG TUBE | CASING - NEW,  9 5/8",  40.00#,  J-55,  BUTTRESS,  BOX BY PIN,  III,  BOOMERANG,  ERW,  NEW,  BARE, | vflores on 07/07/2020 | 53 | 2,352.89 |

BOOMERANG_10/30/20 HRG. EX._000047