# EXHIBIT F

10/2/2020 12:15 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 46794309
By: GABRIELA COX
Filed: 10/2/2020 12:15 PM

CAUSE NO. 2020-62174

| | | |
|---|---|---|
| BOOMERANG TUBE, LLC, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| EAGLE PIPE, LLC, BEEMAC, INC., and JARED A. LIGHT, | § § § § | |
| Defendants. | § | 189th DISTRICT COURT |

## PROPOSED ORDER ON TEMPORARY RESTRAINING ORDER

Before the Court is an Application for a Temporary Restraining Order (the "Application") filed by Boomerang Tube, LLC ("Boomerang"). After considering the pleadings, declarations, and counsel's arguments before the Court, the Court finds that Application should be GRANTED. The Court finds that Defendants Eagle Pipe, LLC ("Eagle"), Beemac, Inc. ("Beemac"), and Jared A. Light ("Light") are seeking potential buyers for certain oil country tubular goods, to which Boomerang claims a right of possession and/or ownership. The Court further finds that Boomerang has shown a right to relief under Texas Civil Practice and Remedies Code §§ 65.011(1) and (2), and that, if the sales contemplated by Defendants are completed, it would cause irreparable harm to Boomerang. It is therefore ORDERED that for 14 days from the issuance of this Order:

*[Handwritten annotation: Defendant was notified by email, however didn't participate in the hearing. As a result the hearing was conducted exparte as there was not adequate time to provide additional notice before the harm would occur.]*

a. Defendants, their officers, agents, representatives, successors, assigns, employees, and any person acting in concert with them, are enjoined from selling or attempting to sell any of the oil country tubular goods identified in Jamie Secrest's July 7, 2020 12:28 PM email to Hector Martinez and others (the "Disputed Pipe"), a copy of which is attached hereto as Exhibit 1;

b. Defendants, their officers, agents, representatives, successors, assigns, employees, and any person acting in concert with them, are enjoined from

        removing any of the Disputed Pipe from the Beemac storage yard located at 2700 FM Road 307, Midland, Texas 79701;

   c.    To the extent that, as of the date of this Order, Defendants have already sold any of the Disputed Pipe to third-party purchasers, and either Beemac or Light, in his personal capacity, are in possession of the proceeds of such sale, Beemac, its officers, agents, representatives, successors, assigns, employees, and any person acting in concert with them, and Light are enjoined from transferring the proceeds to any third party, including Eagle; and

   d.    To the extent that, as of the date of this Order, Defendants have already sold any of the Disputed Pipe to third-party purchasers, and Eagle is in possession of the proceeds of such sale, Eagle, its officers, agents, representatives, successors, assigns, employees, and any person acting in concert with them, is enjoined from transferring the proceeds to any third party.

It is further ORDERED, to the extent that, as of the date of this Order, Defendants have already sold any of the Disputed Pipe to third-party purchasers, that within three (3) days of the date of this Order, Defendants provide a written notice to Boomerang's counsel by email: (i) identifying the purchaser of the Disputed Pipe, (ii) describing the Disputed Pipe sold in a manner sufficient for Boomerang to identify it, (iii) stating the purchase price, and (iv) identifying the person in possession of the proceeds, and the current location of the proceeds.

The Court shall hold a hearing to determine whether or not to grant the Temporary Injunction on _____October 19_, 2020. at 1:30 p.m.

Bond, or cash deposit in lieu of bond, is set in the amount of $___1000.00_____.

This Order expires on October 16, 2020.

SIGNED on this _2nd_ day of October, 2020 at _4:25_ A̶.̶M̶./P.M.

                                    Signed:
                                    10/2/2020

                                    Presiding Judge

# Exhibit 1

BOOMERANG_10/30/20 HRG. EX._000050

| | |
|---|---|
| **From:** | Hector Martinez <hmartinez@beemac.com> |
| **Sent:** | Tuesday, July 7, 2020 12:30 PM |
| **To:** | Jamie Secrest; Manual Moya; Larry Toomey |
| **Cc:** | Vanessa Flores; Rich Casoli; Jared Light; Ken Beaver; Nelly Lopez |
| **Subject:** | Re: Material Transfer Request - Eagle Pipe to Boomerang Tube |

Received and Understood, Will get this Transferred right now.

Thank you

**From:** Jamie Secrest
**Sent:** Tuesday, July 7, 2020 12:28 PM
**To:** Hector Martinez ; Manual Moya ; Larry Toomey
**Cc:** Vanessa Flores ; Rich Casoli ; Jared Light ; Ken Beaver ; Nelly Lopez
**Subject:** Material Transfer Request - Eagle Pipe to Boomerang Tube

Hi Beemac team,

As discussed, we need the following transferred from Eagle Pipe's stock to Boomerang Tube. I know Hector is performing a physi
reconcile after the physical is complete at which time you can validate the transfer in TDS. It is only the items below at this time.
can continue to bill Eagle for any transactions until Boomerang and Beemac have an agreement in place. I am working on the Ma

Hi Larry,
Please send your approval.

| FOOTAGE | PO | YARD | SIZE | WEIGHT | GRADE | THR |
|---|---|---|---|---|---|---|
| 63,031 | PO-11877/PO-11209 | Beemac | 9 5/8 | 40.00 | HCL80 | B |
| 100,884 | PO-12948/PO-11875 | Beemac | 9 5/8 | 40.00 | J55 | B |
| 84,425 | PO-12949/PO-11217/PO-9409/PO-7658/PO-5711 | Beemac | 5 1/2 | 20.00 | CYP110 | TCB |
| 353 | PO-12950 Returns | Beemac | 5 1/2 | 20.00 | CYP110 | TCB |

If there are ay questions, please let me know.
**Jamie Secrest**
Manager of Inventory and Operations
Eagle Pipe LLC
Office: 713-464-PIPE (7473)
Cell: 281-709-7946
9525 Katy Freeway Suite 306
Houston, TX 77024



1