# EXHIBIT G



|  |  |
|---|---|
| Date | P.O. No. |
| 04/01/19 | PO-5711 |

# Purchase Order

| Vendor: |
|---|
| BOOMERANG TUBE LLC |
| PO BOX 84922 |
| Chicago, IL 60689-4922 |

| Ship To: |
|---|
| BOOMERANG TUBE |
| 1100 FM 3361 |
| LIBERTY, TX 77575 |

| Payment Terms | Buyer | Expected Receipt Date | Delivery Terms | Delivery Yard |
|---|---|---|---|---|
| 2.0% 10 NET 30 | Ken Beaver | 04/25/19 | Loaded Trucks | BOOMERANG TUBE |

| Description | Mill | Quantity | Unit | Unit Price | Line Amount |
|---|---|---|---|---|---|
| 5-1/2" 20.00# (0.361wt) P110-CY R3 TCBC-HT ERW | BOOMERANG | 200,000 | FEET | $ 16.40 | $ 3,280,000.00 |
| Drift = 4.653" | | | | | |
| Thread Compound = BOL 2000 | | | | | |
| All material must meet API 5CT 10th Ed. | | | | | |
| Pipe and Coupling Yield Strength 110 ksi Min - 125 ksi Max | | | | | |
| Please stencil finished pipe with "Eagle Pipe PO-5711" | | | | | |
| Material to be ready to ship first week of April. | | | | | |
| Supplier to invoice for quantities shipped by Buyer | | | | | |
| This PO replaces partial quantity of PO-3723 Reference XTO 2019 Program Award (Q4 '18) | | | | | |
| | | | | Subtotal | $ 3,280,000.00 |
| | | | | Tax | 0.00 |
| | | | | **Total USD** | **$ 3,280,000.00** |

### Terms & Conditions

1) MTRs, shipping documents and any supplemental reports shall be included with Seller's invoice and submitted via e-mail to operations@eaglepipe.net.

2) Eagle Pipe reserves the right to cancel any material not delivered within 30 days of expected receipt date.

3) This Purchase Order and any offer by Eagle Pipe to purchase materials from you is made expressly subject to Eagle Pipe's Terms and Conditions (the "Terms and Conditions"), which are incorporated herein by reference as if fully set forth herein.  Please review the Terms and Conditions herein supplied with the purchase order. Please note, the Terms and Conditions are an integral part of any agreement between you and Eagle Pipe and by accepting order and/or delivering materials to Eagle Pipe, you expressly agree to the Terms and Conditions.