# EXHIBIT J

| | |
|---|---|
| **From:** | Hector Martinez <hmartinez@beemac.com> |
| **Sent:** | Tuesday, July 7, 2020 12:30 PM |
| **To:** | Jamie Secrest; Manual Moya; Larry Toomey |
| **Cc:** | Vanessa Flores; Rich Casoli; Jared Light; Ken Beaver; Nelly Lopez |
| **Subject:** | Re: Material Transfer Request - Eagle Pipe to Boomerang Tube |

Received and Understood, Will get this Transferred right now.

Thank you

**From:** Jamie Secrest
**Sent:** Tuesday, July 7, 2020 12:28 PM
**To:** Hector Martinez ; Manual Moya ; Larry Toomey
**Cc:** Vanessa Flores ; Rich Casoli ; Jared Light ; Ken Beaver ; Nelly Lopez
**Subject:** Material Transfer Request - Eagle Pipe to Boomerang Tube

Hi Beemac team,

As discussed, we need the following transferred from Eagle Pipe's stock to Boomerang Tube. I know Hector is performing a physical count and should be complete by tomorrow, but we need this today. If we can transfer the below today, then we can reconcile after the physical is complete at which time you can validate the transfer in TDS. It is only the items below at this time. Boomerang will need to get set up with Beemac for storage/handling going forward. However, in the interim, Beemac can continue to bill Eagle for any transactions until Boomerang and Beemac have an agreement in place. I am working on the Material IDs also, but might need to wait until Hector has his count updated in TDS for some of them.

Hi Larry,
Please send your approval.

| FOOTAGE | PO | YARD | SIZE | WEIGHT | GRADE | THREAD | DOMESTIC/IMPORT | SMLS/ERW | Mill Source |
|---|---|---|---|---|---|---|---|---|---|
| 63,031 | PO-11877/PO-11209 | Beemac | 9 5/8 | 40.00 | HCL80 | BTC | DOMESTIC | ERW | BOOMERANG |
| 100,884 | PO-12948/PO-11875 | Beemac | 9 5/8 | 40.00 | J55 | BTC | DOMESTIC | ERW | BOOMERANG |
| 84,425 | PO-12949/PO-11217/PO-9409/PO-7658/PO-5711 | Beemac | 5 1/2 | 20.00 | CYP110 | TCBC-HT | DOMESTIC | ERW | BOOMERANG |
| 353 | PO-12950 Returns | Beemac | 5 1/2 | 20.00 | CYP110 | TCBC-HT | DOMESTIC | SMLS | BOOMERANG |

If there are ay questions, please let me know.

**Jamie Secrest**
Manager of Inventory and Operations
Eagle Pipe LLC
Office: 713-464-PIPE (7473)
Cell: 281-709-7946
9525 Katy Freeway Suite 306
Houston, TX 77024



1