**Fill in this information to identify the case:**

Debtor name **Eagle Pipe, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-34879**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................... $      41,099,252.91

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $      41,099,252.91

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $      22,127,621.32

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      634,557.75

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      15,065,881.59

4. Total liabilities ...................................................................................................
   Lines 2 + 3a + 3b

   $      37,828,060.66

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Eagle Pipe, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-34879**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **U.S. Bank, N.A.** | **Checking** | **4081** | **$16,844.01** |
| 3.2. | **U.S. Bank, N.A.** | **Checking** | **4099** | **$0.00** |
| 3.3. | **U.S. Bank, N.A.** | **Checking** | **4149** | **$791,181.19** |
| 3.4. | **U.S. Bank, N.A.** | **Checking** | **7166** | **$135.06** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $808,160.26 |
|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Eagle Pipe, LLC**                                    Case number *(If known)*  **20-34879**
        Name

Description, including name of holder of deposit

| 7.1. | **LARIMER SQUARE MANAGEMENT CORP** | $2,990.00 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1. | **JOHN HANCOCK - LIFE INSURANCE PREPAYMENT** | $873.33 |
|---|---|---|
| 8.2. | **BUNKER HILL BUILDING LEASE PREPAYMENT** | $10,310.91 |
| 8.3. | **LARIMER SQUARE MANAGEMENT CORP LEASE PREPAYMENT** | $5,547.21 |
| 8.4. | **BRGR MEMBER CO LLC DBA GLASSRATNER RETAINER** | $1,888.00 |
| 8.5. | **DYNAMICS SOUTHWEST INC RETAINER** | $19,922.06 |
| 8.6. | **FOX ROTHSCHILD RETAINER** | $2,307.00 |
| 8.7. | **GRAY REED RETAINER** | $13,159.75 |
| 8.8. | **AMERICAN METAL MARKETS SUBSCRIPTION PREPAYMENT** | $1,895.25 |
| 8.9. | **AVALARA SUBSCRIPTION PREPAYMENT** | $2,505.44 |
| 8.10. | **COLORADO OIL AND GAS ASSOCIATION SUBSCRIPTION PREPAYMENT** | $486.00 |
| 8.11. | **ENVERUS SUBSCRIPTION PREPAYMENT** | $13,367.48 |
| 8.12. | **INTUIT QUICKBOOKS SUBSCRIPTION PREPAYMENT** | $1,667.05 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor   **Eagle Pipe, LLC**                                    Case number *(If known)*  **20-34879**
_____
Name

| 8.13 | **ISNETWORLD SUBSCRIPTION PREPAYMENT** | $426.40 |
|---|---|---|
| 8.14 | **KASPERSKY ANTIVIRUS SUBSCRIPTION PREPAYMENT** | $1,848.89 |
| 8.15 | **PEC SAFETY SUBSCRIPTION PREPAYMENT** | $1,137.50 |
| 8.16 | **PIPE LOGIX SUBSCRIPTION PREPAYMENT** | $2,377.50 |
| 8.17 | **PRESTON PIPE REPORT  SUBSCRIPTION PREPAYMENT** | $748.75 |

9.    **Total of Part 2.**                                                              $83,458.52
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        8,922,790.17      -            0.00   = ....      $8,922,790.17
                            face amount              doubtful or uncollectible accounts

11b. Over 90 days old:        35,971.42       -       77,817.86      =....         ($41,846.24)
                            face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                           $8,880,943.93
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Debtor   **Eagle Pipe, LLC**
_____   Case number *(if known)* **20-34879**
Name

19.  **Raw materials**

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**
     **OCTG and related**                          $30,890,014.00   N/A                        $30,890,014.00

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                          | $30,890,014.00 |
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☐ No
     ☑ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **OFFICE FURNITURE** | $108,795.84 | | $108,795.84 |
| **OFFICE EQUIPMENT** | $63,361.85 | | $63,361.85 |
| **LEASEHOLD IMPROVEMENTS** | $30,892.51 | | $30,892.51 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and**
     **communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                          | $203,050.20 |
     Add lines 39 through 42.  Copy the total to line 86.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Eagle Pipe, LLC**                                     Case number *(If known)* **20-34879**
_____
Name

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
  ☐ No
  ☑ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
  floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
  machinery and equipment)**

| | | | |
|---|---|---|---|
| Copier/Printer/Scanner Lease | Unknown | | Unknown |

51.   **Total of Part 8.**

  Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| **$0.00** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
  ☑ No
  ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

  ☑ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**

Debtor  **Eagle Pipe, LLC**
Name

Case number *(If known)*  **20-34879**

| | | | |
|---|---|---|---|
| Internet domain names and website | $13,347.20 | | Unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**
**MICROSOFT NAV DYNAMICS**
**IMPLEMENTATION COSTS**                $220,278.82                                        Unknown

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $233,626.02

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

    Current value of
    debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit**
    **has been filed)**

75. **Other contingent and unliquidated claims or causes of action of**
    **every nature, including counterclaims of the debtor and rights to**
    **set off claims**
    **Boomerang: potential claims for preference, turnover**
    **and related;**                                                          Unknown

    | Nature of claim | Preference |
    |---|---|
    | Amount requested | $0.00 |

---

Debtor      **Eagle Pipe, LLC**                                                      Case number *(If known)*   **20-34879**
_____
Name

**Centric: potential claims for breach of contract,
fraudulent transfer, civil theft, conversion and related**                                          **Unknown**

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$0.00** |

**XTO - Potential claims for breach of contract and related**                                          **Unknown**

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$0.00** |

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.     **Total of Part 11.**                                                                          **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **Eagle Pipe, LLC**
Name

Case number *(If known)* **20-34879**

---

<table>
<tr><td colspan="2">**Part 12:**   **Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $808,160.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $83,458.52 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,880,943.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,890,014.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $203,050.20 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $233,626.02 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $41,099,252.91 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $41,099,252.91 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Eagle Pipe, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-34879**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **U.S. BANK NATIONAL ASSOCIATION**<br>Creditor's Name<br><br>**9900 W. 87TH ST,<br>Overland Park, KS 66212**<br>Creditor's mailing address<br><br>**andrew.stredde@usbank.com**<br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**All of Debtor's assets including but not limited to all cash, accounts, equipment and inventory**<br><br>**Describe the lien**<br>**Inventory**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | $22,127,621.32 | $0.00 |

**Date debt was incurred**
**VARIOUS -- 04/06/18 – 10/04/20**

**Last 4 digits of account number**
**1247**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
PNC Bank, N.A

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $22,127,621.32 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Eagle Pipe, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-34879**

☐ Check if this is an
    amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ALFALFA COUNTY TAC**<br>**300 SOUTH GRAND**<br>**CHEROKEE, OK 73728** | **$122.00** | **$122.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**PROPERTY TAXES** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**ASSUMPTION PARISH TAC**<br>**PO BOX 69**<br>**NAPOLEONVILLE, LA 70390** | **$4,436.00** | **$4,436.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**PROPERTY TAXES** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
|---|---|

Debtor  **Eagle Pipe, LLC**  Case number *(if known)*  **20-34879**
     Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$176.00** | **$176.00** |
|---|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$176.00** | **$176.00** |
|---|---|---|---|---|
| | **BRAZORIA COUNTY TAC**<br>**111 E LOCUST**<br>**RO'VIN GARRETT PCC**<br>**ANGLETON, TX 77515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**PROPERTY TAXES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$38.00** | **$38.00** |
| | **BRAZOS COUNTY TAC**<br>**4151 COUNTY PARK CT**<br>**BRYAN, TX 77802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**PROPERTY TAXES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$9,054.00** | **$9,054.00** |
| | **CAMPBELL COUNTY TAC**<br>**1098 MONMOUTH ST**<br>**NEWPORT, KY 41071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**PROPERTY TAXES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,225.00** | **$7,225.00** |
| | **CHAMBERS COUNTY TAC**<br>**PO BOX 519**<br>**ANAHUAC, TX 77514-0519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**PROPERTY TAXES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Eagle Pipe, LLC** | | Case number (if known) | **20-34879** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,736.60** | **$9,736.60** |
|---|---|---|---|---|

**COLORADO DEPARTMENT OF REVENUE**

DENVER, CO 80261-0008

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **SALES TAXES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,979.98** | **$18,979.98** |
|---|---|---|---|---|

**COMMERCE CITY TAX DIVISION**
**7887 E 60TH AVE**
**FINANCE**
**COMMERCE CITY, CO 80022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **SALES TAXES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,169.00** | **$5,169.00** |
|---|---|---|---|---|

**CREEK COUNTY TAC**
**317 EAST LEE**
**ROOM 201**
**SAPULPA, OK 74066-4342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **PROPERTY TAXES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,877.00** | **$3,877.00** |
|---|---|---|---|---|

**ECTOR COUNTY TAC**
**1301 E 8TH ST**
**ODESSA, TX 79761-4722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **PROPERTY TAXES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle Pipe, LLC** | Case number *(if known)* | **20-34879** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$281.00** | **$281.00** |
|---|---|---|---|---|

**ERATH COUNTY TAC**
**320 W COLLEGE**
**STEPHENVILLE, TX 76401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **PROPERTY TAXES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$198,228.00** | **$198,228.00** |
|---|---|---|---|---|

**HARRIS COUNTY TAC**
**PO BOX 4622**
**TAX ASSESSOR COLLECTOR**
**HOUSTON, TX 77210-4622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **PROPERTY TAXES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,678.00** | **$5,678.00** |
|---|---|---|---|---|

**MARTIN COUNTY TAC**
**PO BOX 998**
**STANTON, TX 79782**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **PROPERTY TAXES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$127,778.00** | **$127,778.00** |
|---|---|---|---|---|

**MIDLAND COUNTY TAC**
**4631 ANDREWS HWY**
**PO BOX 908002**
**MIDLAND, TX 79708-0002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **PROPERTY TAXES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Eagle Pipe, LLC** | | Case number (if known) | **20-34879** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**MONTGOMERY COUNTY TAC**
**400 N SAN JACINTO ST**
**CONROE, TX 77301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**PROPERTY TAXES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,703.24 | $75,703.24 |
|---|---|---|---|---|

**NEBRASKA DEPARTMENT OF**
**REVENUE**
**PO BOX 94818**
**LINCOLN, NE 68509-4818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**SALES TAXES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,567.58 | $24,567.58 |
|---|---|---|---|---|

**NEW MEXICO TAXATION AND**
**REVENUE DEPT**
**PO BOX 25127**
**SANTE FE, NM 87504-5127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**SALES TAXES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,378.00 | $6,378.00 |
|---|---|---|---|---|

**OKLAHOMA COUNTY TAC**
**PO BOX 268875**
**OKLAHOMA CITY, OK 73126-8875**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**PROPERTY TAXES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Eagle Pipe, LLC** | Case number (if known) | **20-34879** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,433.17** | **$7,433.17** |
|---|---|---|---|---|

**OKLAHOMA TAX COMMISSION**
**PO BOX 26860**
**OKLAHOMA CITY, OK 73126-0860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**SALES TAXES**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46.00** | **$46.00** |
|---|---|---|---|---|

**SAN JUAN COUNTY TAC**
**100 S OLIVER DR**
**AZTEC, NM 87410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**PROPERTY TAXES**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,070.00** | **$1,070.00** |
|---|---|---|---|---|

**TAYLOR COUNTY TAC**
**1534 S TREADAWAY**
**ABILENE, TX 79604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**PROPERTY TAXES**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$65.30** | **$65.30** |
|---|---|---|---|---|

**TEXAS COMPTROLLER OF**
**PUBLIC ACCOUNTS**
**111 E 17TH ST**
**AUSTIN, TX 78774-0100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**FRANCHISE TAXES**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| Debtor | **Eagle Pipe, LLC** | | Case number *(if known)* | **20-34879** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128,458.88 | $128,458.88 |
|---|---|---|---|---|

**WYOMING DEPARTMENT OF
REVENUE
122 W 25TH ST
STE E301
CHEYENNE, WY 82002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **SALES TAXES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,360.84 |
|---|---|---|---|

**ADAMS TRUCKING
1655 INDUSTRIAL AVE
SIDNEY, NE 69162-3239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim:   **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,200.00 |
|---|---|---|---|

**AMERICAN EAGLE LOGISTICS LLC
PO BOX 679558
DALLAS, TX 75267-9558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim:   **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,814.44 |
|---|---|---|---|

**AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim:   **EMPLOYEE REIMBURSEMENTS**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,190.00 |
|---|---|---|---|

**ANDCO SERVICES LLC
12680 W LAKE HOUSTON PKY
HOUSTON, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim:   **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**ANDREW HAM
PO BOX 315
EVERGREEN, CO 80437-0315**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim:   **EMPLOYEE REIMBURSEMENTS**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Eagle Pipe, LLC**

Name

Case number (if known)    **20-34879**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,677.86 |

**APTEK COMPUTERS**
**109 N POST OAK LANE**
**STE 350**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/23/20**

**Basis for the claim:**  **TRADE AP**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,250.87 |

**ATLAS TUBULAR LP**
**PO BOX 431**
**Robstown, TX 78380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,293.73 |

**ATT**
**PO BOX 5019**
**CAROL STREAM, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/08/20**

**Basis for the claim:**  **TRADE AP**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,006.32 |

**BAKER TUBULARS**
**98 WADSWERTH BLVD**
**STE 127 #5022**
**Denver, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,910.13 |

**BDO**
**PO BOX 677973**
**DALLAS, TX 75267-7973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:**  **TRADE AP**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $798,020.79 |

**BEEMAC TRUCKING**
**PO BOX 74809**
**CLEVELAND, OH 44194-4809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:**  **TRADE AP**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,178.34 |

**BISON OIL AND GAS II**
**518 17TH ST**
**STE 1800**
**DENVER, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/11/2020**

**Basis for the claim:**  **CUSTOMER CREDIT BALANCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Pipe, LLC** | Case number *(if known)* | **20-34879** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,742.50 |
|---|---|---|---|

**BLACK HILLS TRUCKING INC**
PO DRAWER 2360
CASPER, WY 82602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**BOBBY KANALY**
3310 W 17TH AVE
DENVER, CO 80204-1609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **EMPLOYEE REIMBURSEMENTS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,317,330.16 |
|---|---|---|---|

**BOOMERANG TUBE LLC**
PO BOX 84922
Chicago, IL 60689-4922

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,321.87 |
|---|---|---|---|

**BRANDON DEWAN**
12422 BROKEN BOUGH DR
HOUSTON, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/1/2020**

Basis for the claim: **AUTO ALLOWANCE**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**BRIAN GARRETT**
2 CAMINO LA VENTA CT
HENDERSON, NV 89011-2412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **EMPLOYEE REIMBURSEMENTS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,300.00 |
|---|---|---|---|

**BURTON ACCOUNTING PLLC**
1281 BRITTMOORE RD
HOUSTON, TX 77043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/20/20**

Basis for the claim: **TRADE AP**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,388,043.29 |
|---|---|---|---|

**CENTRIC PIPE LLC**
3626 N HALL ST
STE 910
DALLAS, TX 75219

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Eagle Pipe, LLC** | Case number (if known) | **20-34879** |
| --- | --- | --- | --- |
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,038.16** |
| --- | --- | --- | --- |

**CERTIFIED PIPE SERVICE HOUSTON INC**
**PO BOX 4346**
**DEPT 215**
**HOUSTON, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __TRADE AP__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$983.78** |
| --- | --- | --- | --- |

**CHRIS LAGASSE**
**624 ANFIELD CIR**
**AUSTIN, TX 78738-6170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __EMPLOYEE REIMBURSEMENTS__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$804.86** |
| --- | --- | --- | --- |

**CODY TOOMEY**
**12406 BRANDYWYNE DR**
**HOUSTON, TX 77077-4816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __EMPLOYEE REIMBURSEMENTS__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,550.32** |
| --- | --- | --- | --- |

**COMMERCIAL RESINS**
**PO BOX 701438**
**TULSA, OK 74170-1438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __TRADE AP__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,000.28** |
| --- | --- | --- | --- |

**COMPOSITE LINING SYSTEMS**
**PO BOX 50423**
**MIDLAND, TX 79710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/04/20__

Basis for the claim: __TRADE AP__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,465.00** |
| --- | --- | --- | --- |

**DEEP WELL TUBULAR SERVICES**
**4416 BRIARWOOD**
**STE 110 # 203**
**MIDLAND, TX 79707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __TRADE AP__

Last 4 digits of account number _ _

Is the claim subject to offset? ☐ No ■ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
| --- | --- | --- | --- |

**DELTA PROPERTY TAX ADVISORS LLC**
**PO BOX 1119**
**DRIPPING SPRINGS, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __TRADE AP__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Eagle Pipe, LLC**
_____
Name

Case number (if known) **20-34879**

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,871.22 |

**DIXIE PIPE SALES INC**
**PO BOX 4029**
**HOUSTON, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/16/20**

Last 4 digits of account number __

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,770.00 |

**DSV ROAD INC**
**CO R903**
**PO BOX 1147**
**MEDFORD, OR 97501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,680.25 |

**DUFFY CRANE AND HAULING**
**10180 BRIGHTON R**
**HENDERSON, CO 80640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $785,658.79 |

**DURANGO MIDSTREAM LLC**
**10077 GROGANS MILL RD**
**STE 300**
**THE WOODLANDS, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/8/2020**

Last 4 digits of account number __

Basis for the claim:  **DEFERRED REVENUE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,215.03 |

**DYNAMICS SOUTHWEST INC**
**101 SOUTHWESTERN BLVD**
**STE 298**
**SUGAR LAND, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2/2020**

Last 4 digits of account number __

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,928.85 |

**EDGEN MURRAY CORP**
**18444 HIGHLAND RD**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |

**EL FARMER**
**PO BOX 3512**
**ODESSA, TX 79760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Pipe, LLC** | Case number (if known) | **20-34879** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$246,875.00** |
|---|---|---|---|
| | **ELECTRA LOGISTICS SOLUTIONS**<br>**2400 C ROOSEVELT DR**<br>**ARLINGTON, TX 76016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **TRADE AP** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,533.88** |
|---|---|---|---|
| | **ETC INTRASTATE PROCUREMENT CO**<br>**PO BOX 132400**<br>**DALLAS, TX 75313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **5/5/2020** | Basis for the claim: **CUSTOMER CREDIT BALANCE** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$136,990.26** |
|---|---|---|---|
| | **EXTRACTION OIL AND GAS INC**<br>**370 17TH ST**<br>**STE 5300**<br>**DENVER, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/20/2020** | Basis for the claim: **DEFERRED REVENUE** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,667.24** |
|---|---|---|---|
| | **FRANKLIN MOUNTAIN PERMIAN II LP**<br>**PO BOX 208216**<br>**DALLAS, TX 75320-8216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/1/2020** | Basis for the claim: **LEASE** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|
| | **FT WORTH PIPE SERVICES LP**<br>**PO BOX 208238**<br>**DALLAS, TX 75320-8238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **TRADE AP** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,935.11** |
|---|---|---|---|
| | **GB CONNECTIONS LLC**<br>**PO BOX 119004**<br>**CARROLLTON, TX 75011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **TRADE AP** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$371,804.54** |
|---|---|---|---|
| | **HOUSTON INTERNATIONAL SPECIALTY**<br>**19996 HICKORY TWIG WAY**<br>**SPRING, TX 77388** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **TRADE AP** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Eagle Pipe, LLC** | Case number (if known) | **20-34879** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $139,568.49 |
|---|---|---|---|

**HUSTEEL USA**
**2222 GREENHOUSE RD**
**STE 500**
**HOUSTON, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,575.00 |
|---|---|---|---|

**INDEPENDENT PIPE SERVICES LLC**
**9025 PINELAND RD**
**HOUSTON, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57,321.00 |
|---|---|---|---|

**INSPECTION OILFIELD SERVICES**
**PO BOX 679343**
**DALLAS, TX 75267-9343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,715.82 |
|---|---|---|---|

**INSPERITY**
**19001 CRESCENT SPRINGS DR**
**CENTRE IV**
**KINGWOOD, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/21/20 - 10/04/20**

Basis for the claim:  **PEO EXPENSES**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**INTEGRITY INSPECTION SERVICES LTD**
**PO BOX 432**
**FORT COLLINS, CO 80522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/18/20**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**ITI INTERNATIONAL LLC**
**5100 WESTHEIMER**
**STE 540**
**HOUSTON, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/30/20**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,321.87 |
|---|---|---|---|

**Jared Light**
**1913 Althea Dr**
**Houston, TX 77018-5003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2020**

Basis for the claim:  **Auto Allowance**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eagle Pipe, LLC**
Name

Case number *(if known)* **20-34879**

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KATHRYN GOINGS THOMPSON**
**2650 CEDAR SPRINGS**
**APT 2211**
**DALLAS, TX 75201**

Date(s) debt was incurred **7/31/2020**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Ken Beaver**
**3131 Timmons Ln, Apt 1107**
**Houston, TX 77027-6075**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Reimbursements**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,920.32** |
|---|---|---|---|

**LB FOSTER**
**PO BOX 643343**
**PITTSBURGH, PA 15264-3343**

Date(s) debt was incurred **08/19/20**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE AP**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,660.00** |
|---|---|---|---|

**LIGHTNING LOGISTICS**
**PO BOX 21149**
**HOUSTON, TX 77226**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE AP**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$710.00** |
|---|---|---|---|

**LNK PLASTICS**
**PO BOX 9613**
**HUNTSVILLE, TX 77340**

Date(s) debt was incurred **07/23/20**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE AP**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,056.59** |
|---|---|---|---|

**LOGIX FIBER NETWORKS**
**PO BOX 734120**
**DALLAS, TX 75373-4120**

Date(s) debt was incurred **9/14/2020**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **TRADE AP**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|---|

**Luke Price**
**561 Stagecoach Blvd.**
**Evergreen, CO 80439-4351**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Eagle Pipe, LLC** | Case number (if known) | **20-34879** |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185,105.41** |
|---|---|---|---|

**LUNDVALL ENTERPRISES INC**
**15487 COUNTY RD 46**
**LASALLE, CO 80645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,350.00** |
|---|---|---|---|

**MCCLATCHY BROS INC**
**PO BOX 4126**
**MIDLAND, TX 79704-4126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,225.78** |
|---|---|---|---|

**MCIP CORPORATION**
**4501 KNAPP RD**
**PEARLAND, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
|---|---|---|---|

**MM WELDING AND CONSTRUCTION INC**
**PO BOX 770**
**VERNAL, UT 84078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,224.00** |
|---|---|---|---|

**MONARCH TRANSPORTATION LLC**
**5190 CRITERION ST**
**FARMINGTON, NM 87402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,942.92** |
|---|---|---|---|

**NOV WELLBORE**
**PO BOX 201177**
**DALLAS, TX 75320-1177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**OFSI THREADING AND PRECISION**
**MANUFACTURI**
**PO BOX 732830**
**DALLAS, TX 75373-2830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/31/20**

Basis for the claim: **TRADE AP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Eagle Pipe, LLC** | Case number (if known) | **20-34879** |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.10**

**PARAGON INDUSTRIES**
3378 W HWY 117
SAPULPA, OK 74066-6987

Date(s) debt was incurred  **09/28/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,022.00**

**PATRIOT PREMIUM THREADING**
PO BOX 13660
ODESSA, TX 79768

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,354.65**

**PETROSMITH**
PO BOX 6291
ABILENE, TX 79608

Date(s) debt was incurred  **09/21/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$486,901.85**

**PNC BANK NATIONAL ASSOCIATION**
222 DELAWARE AVE
WILMINGTON, DE 19801

Date(s) debt was incurred  **4/17/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP LOAN + INTEREST**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$213,083.13**

**PRECISION PIPE RENTALS LLC**
750 E MULBERRY AVE
STE 305
SAN ANTONIO, TX 78212

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,612,889.75**

**RDT INC**
PO BOX 73
BEASLEY, TX 77417

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,240.00**

**RECOVERY LOGISTICS INC**
507 S 14 ST
FORT SMITH, AR 72901

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE AP**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Eagle Pipe, LLC**                                                    Case number *(if known)*   **20-34879**
_____
Name

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,521.43 |

**REPUBLIC TUBE**
**11200 MESA DR**
**HOUSTON, TX 77078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |

**SAVAGE**
**PO BOX 413070**
**SALT LAKE CITY, UT 84141-3070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $792,902.05 |

**SECOR**
**17321 GROESCHKE RD**
**HOUSTON, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,012.06 |

**SP STEEL PRODUCTS AND SERVICES INC**
**16510 NORTHCHASE DR**
**HOUSTON, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/14/20**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,950.00 |

**STALLION OILFIELD SERVICES**
**PO BOX 842364**
**DALLAS, TX 75284-2364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,368.00 |

**STEWART TUBULAR PRODUCTS**
**PO BOX 675046**
**DALLAS, TX 75267-5046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/26/20**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |

**TA SERVICES INC**
**241 REGENCY PKY**
**MANSFIELD, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/12/20**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Eagle Pipe, LLC**                                              Case number *(if known)*   **20-34879**
Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,354.32 |
|------|---|---|---|

**TEXAS PIPE WORKS INC**
**PO BOX 2937**
**LONGVIEW, TX 75606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.00 |
|------|---|---|---|

**THREADX LLC**
**15258 FRONT ST**
**PLATTEVILLE, CO 80651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,255.00 |
|------|---|---|---|

**TREK METALS INC**
**5221 N OCONNOR BLVD**
**STE 750**
**IRVING, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,210.00 |
|------|---|---|---|

**TRIPLE S TRUCKING CO**
**PO BOX 100**
**AZTEC, NM 84710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,600.00 |
|------|---|---|---|

**TRIUMPH BUSINESS CAPITAL**
**PO BOX 610028**
**DALLAS, TX 75261-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|------|---|---|---|

**TRK ENTERPRISES INC**
**2003 CENTRAL AVE**
**CHEYENNE, WY 82001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,287.50 |
|------|---|---|---|

**TTL TUBULAR TRANSPORT AND**
**LOGISTICS**
**3010 OLD RANCH PKY**
**STE 400**
**SEAL BEACH, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **TRADE AP**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Eagle Pipe, LLC** | Case number (if known) | **20-34879** |
| --- | --- | --- | --- |
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,696.61 |
| --- | --- | --- | --- |

**TUBULAR SERVICES LLC**
**1010 MCCARTY DR**
**HOUSTON, TX 77029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,350.00 |
| --- | --- | --- | --- |

**TYCOON TRUCKING INC**
**PO BOX 238**
**CHANNELVIEW, TX 77530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227,479.90 |
| --- | --- | --- | --- |

**UNITED CASING**
**8505 TECHNOLOGY FOREST PL**
**STE 401**
**THE WOODLANDS, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
| --- | --- | --- | --- |

**VIRTUAL SYSTEMS**
**2450 44TH ST**
**STE 303-B**
**GRAND RAPIDS, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/01/20**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,860.29 |
| --- | --- | --- | --- |

**WASHITA VALLEY ENTERPRISES**
**PO BOX 94160**
**OKLAHOMA CITY, OK 73143-4160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,899.24 |
| --- | --- | --- | --- |

**WELSPUN TUBULAR LLC**
**9301 FRAZIER PIKE**
**LITTLE ROCK, AR 72206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/19/20**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,174.04 |
| --- | --- | --- | --- |

**WOMBLE COMPANY INC**
**PO BOX 4652**
**DEPT 921**
**HOUSTON, TX 77210-4652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **TRADE AP**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Eagle Pipe, LLC** | Case number (if known) | **20-34879** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,591.76** |
|---|---|---|---|

**XTO ENERGY INC**
**500 W ILLINOIS ST**
**SUITE 100 M**
**MIDLAND, TX 79701**

Date(s) debt was incurred  12/23/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER CREDIT BALANCE

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 634,557.75 |
| 5b. Total claims from Part 2 | 5b. + | $ | 15,065,881.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 15,700,439.34 |

| Fill in this information to identify the case: |
|---|

Debtor name  **Eagle Pipe, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **20-34879**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Professional Services** | |
| | State the term remaining | **2/26/2023** | **BDO USA, LLP**<br>**P.O. Box 677973**<br>**Dallas, TX 75267** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** | |
| | State the term remaining | | **Beemac Trucking, LLC**<br>**P.O. Box 74809**<br>**Cleveland, OH 44194** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** | |
| | State the term remaining | | **Black Hills Trucking**<br>**P.O. Drawer 2360**<br>**Casper, WY 82602** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **One Wall Plaza Building Lease Agreement** | |
| | State the term remaining | **7/31/2021** | **Franklin Mountain Permian II, LP**<br>**P.O. Box 208216**<br>**Dallas, TX 75320-8216** |
| | List the contract number of any government contract | | |

Debtor 1 **Eagle Pipe, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)   **20-34879**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **TAX SERVICES** | |
|---|---|---|---|
| | State the term remaining | | **BURTON ACCOUNTING PLLC**<br>**1281 BRITTMOORE RD**<br>**Houston, TX 77043** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** | |
|---|---|---|---|
| | State the term remaining | | **Commercial Resins**<br>**P.O. Box 701438**<br>**Tulsa, OK 74170** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** | |
|---|---|---|---|
| | State the term remaining | | **Deep Well Tubular Services**<br>**4416 Briarwood Ave.**<br>**Ste. 110 # 203**<br>**Midland, TX 79707** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **PROPERTY TAX CONSULTING** | |
|---|---|---|---|
| | State the term remaining | **Evergreen unless 45 days notice prior to December 31 of each year** | **DELTA PROPERTY TAX ADVISORS LLC**<br>**P.O. Box 1119**<br>**Dripping Springs, TX 78620** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** | |
|---|---|---|---|
| | State the term remaining | | **Duffy Crain and Hauling**<br>**10180 Brighton RD**<br>**Henderson, CO 80640** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Eagle Pipe, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-34879**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **E.L. Farmer**<br>**P.O. Box 3512**<br>**Odessa, TX 79760** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL PREMIUM FINANCING AGREEMENT** |
|---|---|---|
| | State the term remaining | **May 3, 2021** |
| | List the contract number of any government contract | **FIRST INSURANCE FUNDING**<br>**450 SKOKIE BLVD STE 1000**<br>**Northbrook, IL 60062-7917** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fort Worth Pipe Services, LP**<br>**P.O. Box 208238**<br>**Dallas, TX 75320** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Independent Pipe Services**<br>**9025 Pineland Rd.**<br>**Houston, TX 77044** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor 1  **Eagle Pipe, LLC**

First Name       Middle Name          Last Name

Case number *(if known)*   **20-34879**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Storage Lease**

State the term remaining

List the contract number of any government contract

**Inspection Oilfield Services**
**P.O. Box 679343**
**Dallas, TX 75267**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Storage Lease**

State the term remaining

List the contract number of any government contract

**Certified Pipe Service Houston, Inc.**
**P.O. Box 4346, Dept. 215**
**Houston, TX 77210**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement**

State the term remaining — **5/31/2022**

List the contract number of any government contract

**Katy Hollow Memorial, Ltd.**
**9525 Katy Fwy.**
**Houston, TX 77024**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **OFFICE LEASE - DENVER OFFICE**

State the term remaining — **January 31, 2021**

List the contract number of any government contract

**LARIMER SQUARE ASSOC. INC.**
**HERMANSON FAMILY LP I, LLLP**
**1530 16TH ST 3RD FLOOR**
**Denver, CO 80202**

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Storage Lease**

State the term remaining

List the contract number of any government contract

**Lundvall Enterprises**
**15487 C.R. 46**
**La Salle, CO 80645**

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Storage Lease**

State the term remaining

List the contract number of any

**McClatchy Bros. Inc.**
**P.O. Box 4126**
**Midland, TX 79704**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Eagle Pipe, LLC** | | | Case number *(if known)* | **20-34879** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | |
|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** |
|---|---|---|
| | State the term remaining | **MM Welding and Construction Inc.** |
| | List the contract number of any government contract | **P.O. Box 770**<br>**Vernal, UT 84078** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** |
|---|---|---|
| | State the term remaining | **NOV Wellbore Technologies** |
| | List the contract number of any government contract | **P.O. Box 201177**<br>**Dallas, TX 75320** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** |
|---|---|---|
| | State the term remaining | **OFSI Threading and Precision** |
| | List the contract number of any government contract | **Manufacturing**<br>**P.O. Box 732830**<br>**Dallas, TX 75373** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** |
|---|---|---|
| | State the term remaining | **Republic Tube** |
| | List the contract number of any government contract | **11200 Mesa Dr.**<br>**Houston, TX 77078** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** |
|---|---|---|
| | State the term remaining | **Savage Services ND** |
| | List the contract number of any government contract | **P.O.      Box      413070**<br>**Salt Lake City, UT 84141** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** |
|---|---|---|
| | | **Stallion Oilfield**<br>**P.O. Box 842364**<br>**Dallas, TX 75284** |

Debtor 1  **Eagle Pipe, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **20-34879**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting and Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tesanovich Holdings, LLC** |
| | List the contract number of any government contract | | **5515 Flyers Cove Ln.** **Sugar Land, TX 77479** |

---

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **COPIER/PRINTER/ SCANNER LEASE** | |
|---|---|---|---|
| | State the term remaining | **June 29, 2023** | **TIAA BANK** |
| | List the contract number of any government contract | | **PO BOX 911608** **Denver, CO 80291-1608** |

---

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** | |
|---|---|---|---|
| | State the term remaining | | **Tubular Services, LLC** |
| | List the contract number of any government contract | | **1010 McCarty Dr.** **Houston, TX 77029** |

---

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease** | |
|---|---|---|---|
| | State the term remaining | | **Washita Valley** |
| | List the contract number of any government contract | | **P.O. Box 94160** **Oklahoma City, OK 73143** |

---

**Fill in this information to identify the case:**

Debtor name    **Eagle Pipe, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-34879**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 4, 2020**     *X* **/s/ Jared Light**
                                       Signature of individual signing on behalf of debtor

                                         **Jared Light**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor