IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| EAGLE PIPE, LLC,[1] | § | |
| | § | Case No. 20-34879 (MI) |
| Debtor. | § | |

## CANCELLATION OF HEARING SET FOR NOVEMBER 16, 2020 AT 3:30 P.M

**PLEASE TAKE NOTICE** that a final hearing on the Debtor's *Motion for Interim and Final Orders (I) Authorizing the Debtor to Continue to Operate its Cash Management System and Maintaining Existing Bank Accounts, and (II) Granting Related Relief* (the "Cash Management Motion") [Docket No. 14] was set for **Monday, November 16 at 3:30 p.m. (Central Time)** before the Honorable Marvin Isgur (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that on November 12, 2020, the Debtor filed a proposed order granting the Cash Management Motion on a final basis (the "Order"). The United States Trustee has agreed to the form of Order.

**PLEASE TAKE FURTHER NOTICE** that in light of submission of the Order, the Hearing is hereby canceled with consent of the Court.

[*remainder of this page intentionally left blank*]

---

[1] The last four digits of Debtor's federal tax identification number are (1119).

4829-0429-2817.1

Respectfully submitted this 13th day of November, 2020.

**GRAY REED**

By: */s/ Paul D. Moak*
    Paul D. Moak
    Texas Bar No. 00794316
    Aaron M. Kaufman
    Texas Bar No. 24060067
    Lydia R. Webb
    Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:  pmoak@grayreed.com
        akaufman@grayreed.com
        lwebb@grayreed.com

**PROPOSED COUNSEL TO THE DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2020 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

        */s/ Paul D. Moak*
        Paul D. Moak

4829-0429-2817.1