United States Courts
Southern District of Texas
FILED

*November 13, 2020*

UNITED STATES BANKRUPTCY COURT                David J. Bradley, Clerk of Court        SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-34879 (MI) |
|---|---|---|---|
| Debtor | In Re: | | Eagle Pipe, LLC |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Andrew I. Silfen<br>Arent Fox LLP<br>1301 Avenue of the Americas, Floor 42<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Bar No.: NY 2094076 |
|---|---|

Seeks to appear as the attorney for this party:

| Marco International Corporation | |
|---|---|
| Dated: November 4, 2020 | Signed: /s/ Andrew I. Silfen |

| COURT USE ONLY: The applicant's state bar reports their status as: __Currently Registered__. | |
|---|---|
| Dated: 11/13/2020 | Signed: s\| M. Mapps<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                                      United States Bankruptcy Judge