# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> § Chapter 11 <br> EAGLE PIPE, LLC,[1] § <br> § <br> § Case No. 20-34879 (MI) <br> Debtor. § <br> § | |

## DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST FOR SALE HEARING

Eagle Pipe, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") hereby designates the following witnesses and exhibits for use in connection with the hearing to be conducted on **Monday, November 30, 2020, at 9:00 a.m. (prevailing Central Time)**, before the Honorable Marvin Isgur, U.S. Bankruptcy Court for the Southern District of Texas, Houston Division, at 515 Rusk St., Courtroom 404, Houston, TX 77002. This amends the Debtor's Witness and Exhibit List filed at Docket No. 171.

## WITNESSES

The Debtor may call the following witnesses at the Hearing:

1. Jared Light, President of Eagle Pipe, LLC;

2. Scott Van Meter, B. Riley Advisory Services (Debtor's financial advisor);

3. Mark Shapiro, B. Riley Advisory Services (Debtor's financial advisor);

4. Arish Gupta, President of EP Acquisition Company, LLC (Purchaser);

5. Impeachment witnesses as necessary; and

6. Any witness called by any other party.

---

[1] The last four digits of Debtor's federal tax identification number are (1119).

1

4849-5856-6867.2

# EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | *Notice of Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment and Proposed Cure Amounts* [Docket No. 106] | | | | | | |
| 2. | *[Corrected] Notice of Amended Stalking Horse APA* [Docket No. 134] | | | | | | |
| 3. | *Notice of Disputed Pipe* [Docket No. 148] | | | | | | |
| 4. | *Notice of Bid Deadline, Auction, and Sale Hearing* [Docket No. 149] | | | | | | |
| 5. | *Transcripts of Auction, November 20-23, 2020* | | | | | | |
| 6. | *Amended Order (A) Approving Bidding Procedures and Certain Bid Protections, (B) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Cure Procedures and the Form and Manner of Notice Thereof* [Docket No. 151] | | | | | | |
| 7. | *Notice of Auction Results, Successful and Backup Bidders* [Docket No. 165] | | | | | | |
| 8. | *Amended and Supplemental Notice of Disputed Pipe* [Docket No. 168] | | | | | | |
| 9. | *Asset Purchase Agreement by an among EP Acquisitions Company, LLC and Eagle Pipe, LLC, dated as of November 27, 2020* | | | | | | |
| 10. | *Redline of Asset Purchase Agreement Changes* | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 11. | *Final Auction Dashboard* | | | | | | |
| 12. | Any document or pleading filed in the above-captioned main cases. | | | | | | |
| 13. | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | | | |
| 14. | Any exhibit identified or offered by any other party. | | | | | | |

## **RESERVATION OF RIGHTS**

      Debtor reserves the right to revise, correct, supplement or modify this witness and exhibit list.

      Respectfully submitted this 29th day of November, 2020.

**GRAY REED**

By: */s/ Aaron M. Kaufman*
    Paul D. Moak
    Texas Bar No. 00794316
    Aaron M. Kaufman
    Texas Bar No. 24060067
    Lydia R. Webb
    Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email:    pmoak@grayreed.com
           akaufman@grayreed.com
           lwebb@grayreed.com

**PROPOSED COUNSEL TO THE DEBTOR**

**CERTIFICATE OF SERVICE**

    I do hereby certify that on the 29th day of November, 2020, a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

           */s/ Aaron M. Kaufman*
           Aaron M. Kaufman

4849-5856-6867.2