# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, January 11, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Jeff | Carruth | WKPZ | Committee |
| Dawn | Holiday | Jackson Walker LLP | Kathryn Thompson |
| Lydia | Webb | Gray Reed | Debtor |