UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case Number 20-34879 |
| ) | |
| EP LIQUIDATION, LLC, ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b)
AND BANKRUPTCY RULE 2002 REQUEST FOR COPIES OF ALL NOTICES,
DOCUMENTS, COPIES AND PLEADINGS**

TO THE CLERK OF THE COURT, THE DEBTOR,
ALL CREDITORS AND PARTIES IN INTEREST:

Please take notice that James W. Brewer of the law firm of **Kemp Smith LLP**, El Paso, Texas, hereby enters an appearance in this chapter 7 case as the attorney for **Franklin Mountain Permian II LP**, a creditor. Franklin Mountain Permian II LP requests that copies of all notices, filings and papers filed or served in this case be given to and served upon:

James W. Brewer
KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
(915) 533-4424
(915) 546-5360 (FAX)

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001, or 9007 of the Bankruptcy Rules; including without limitation, notices and copies of any orders, motions, demands, complaints, pleadings, papers, requests, applications, answers, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telecopiers,

1

40K2986.DOC

telegraph, telex or otherwise, which affects or seeks to affect the above-captioned case.

Respectfully submitted,

KEMP SMITH LLP<br>
P.O. Box 2800<br>
El Paso, Texas 79999-2800<br>
915.533.4424<br>
915.546.5360 (FAX)<br>
Attorneys for Franklin Mountain Permian II LP

By: _____<br>
James W. Brewer<br>
State Bar No. 02965200<br>
james.brewer@kempsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered served upon all registered ECF users authorized to receive electronic notice in this case and to the parties listed below on this 19th day of January, 2021.

_____<br>
James W. Brewer

EP Liquidation, LLC<br>
9525 Katy Freeway, Ste. 306<br>
Houston, Texas 77024

Paul D. Moak<br>
Aaron Michael Kaufman<br>
Gray Reed & McGraw LLP<br>
1601 Elm Street, Ste. 4600<br>
Dallas, Texas 75201

United States Trustee<br>
515 Rusk Ave., Ste. 3516<br>
Houston, Texas 77003

Official Unsecured Creditors Committee<br>
c/o Jeffrey D. Carruth<br>
24 Greenway Plaza, Ste. 2050<br>
Houston, Texas 77046

40K2986.DOC