## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EP LIQUIDATION, LLC, | § | CASE NO. 20-34879 (MI) |
| | § | |
| | § | CHAPTER 11 |
| DEBTORS. | § | |

## NOTICE OF HEARING

      Please take notice that a hearing has been set for **MONDAY, MARCH 1, 2021 at 10:30 A.M.** (prevailing Central Time) before the Honorable Marvin Isgur, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom 404, 4th floor, 515 Rusk, Houston, TX 77002. **The hearing will be conducted by telephone and video conference, regarding the matters referenced and described below.**

| Date | # | Docket Text |
|---|---|---|
| 01/12/2021 | 240 (106 pgs) | *Application for Compensation First and Final Application of Gray Reed & McGraw LLP for Allowance of Compensation and Reimbursement of Expenses for the Period October 5, 2020 Through December 31, 2020* for EP Liquidation, LLC, Debtor's Attorney, Period: 10/5/2020 to 12/31/2020, Fee: $547035.50, Expenses: $17536.24. Objections/Request for Hearing Due in 21 days. Filed by Debtor EP Liquidation, LLC (Kaufman, Aaron) (Entered: 01/12/2021) |
| 01/12/2021 | 241 (34 pgs; 2 docs) | Application for Compensation -- *First and Final Fee Application of Stout Risius Ross, LLC for Allowance and Payment of Fees and Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 23, 2020 through January 12, 2021* -- for Official Unsecured Creditors Committee, Consultant, Period: 10/23/2020 to 1/12/2021, Fee: $82099.00, Expenses: $. Objections/Request for Hearing Due in 21 days. Filed by Creditor Official Unsecured Creditors Committee (Attachments: # 1 Proposed Order) (Carruth, Jeffrey) (Entered: 01/12/2021) |
| 01/12/2021 | 242 (56 pgs) | *Application for Compensation First and Final Application of GlassRatner Advisory and Capital Group, LLC d/b/a B. Riley Advisory Services for Reimbursement of Fees and Expenses for the Period October 5, 2020 Through December 31, 2020* for EP Liquidation, LLC, Financial Advisor, Period: 10/5/2020 to 12/31/2020, Fee: $549085.20, Expenses: $1.70. Objections/Request for Hearing Due in 21 days. Filed by Debtor EP Liquidation, LLC (Kaufman, Aaron) (Entered: 01/12/2021) |
| 01/12/2021 | 243 (44 pgs; 2 docs) | Application for Compensation -- *First and Final Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to the Official Unsecured Creditors Committee* -- for Official Unsecured Creditors Committee, Attorney, Period: 10/23/2020 to 1/12/2021, Fee: $58,746.50, Expenses: $956.38. Objections/Request for Hearing Due in 21 days. Filed by Attorney Jeffrey D. Carruth, Creditor Committee Official Unsecured Creditors Committee (Attachments: # 1 Proposed Order) (Carruth, Jeffrey) (Entered: 01/12/2021) |

**PLEASE TAKE FURTHER NOTICE THAT ALL PERSONS MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AUDIO/VIDEO CONNECTION.**

**Electronic Appearances:**

Hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur. Under "Electronic Appearance," select "Click here to submit Electronic Appearance". Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**Audio Communication:**

The Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits and materials presented to the Court. If a party wants to both view the documents presented to the Court and hear the proceeding, the party must 1) dial in through the audio system, and 2) log into the Court's video via GoToMeeting.

Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554.

Parties are encouraged to review the Court's procedures for telephonic appearances located at the following link.

https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20October%2022%2C%202020 20_0.pdf

Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication. Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**Video Communication and Evidence:**

The Debtor may offer evidence and demonstrative exhibits from a remote location. Any exhibit offered by the Debtor will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtor. Witnesses presented by the Debtor will appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing. If any party wishes to offer exhibits, such exhibits must be filed on CM/ECF in advance of the hearing as a separate attachment to an Exhibit List.

You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated:  February 24, 2021

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:____*/s/ Jeff Carruth*_____
    JEFF CARRUTH (TX SBN:. 24001846)
    24 Greenway Plaza Suite 2050
    Houston  TX  77046
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail:  jcarruth@wkpz.com

ATTORNEYS FOR OFFICIAL UNSECURED
CREDITORS COMMITTEE

1922505.DOC