**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 13, 2023
Nathan Ochsner, Clerk

In Re: EP Liquidation, LLC

**Debtor(s)**

Case No.: 20–34879

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Janet S Casciato–Northrup is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/13/23

_____
MARVIN ISGUR
United States Bankruptcy Judge